**Order entered January 24, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00142-CV

### DARREN MELTON, Appellant

### V.

### 601 JEALOUSE, LLC, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-18-06444-B

## ORDER

Before the Court is appellant's January 21, 2020 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion as follows. We **SUSPEND** the deadline for appellant's brief pending this Court's resolution of appellee's motion to dismiss. Appellant shall file any response to appellee's motion by **January 31, 2020**.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE